**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario Alberto CARDONA–BENITEZ,**
**Defendant–Appellant.**

No. 15–10052

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2016 *

FILED May 31, 2016

Sean Kevin Lokey, Assistant U.S. Attorney, Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Mario Alberto Cardona–Benitez, Pro Se.

Before: REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

## MEMORANDUM **

Mario Alberto Cardona–Benitez appeals from the district court's judgment and challenges his guilty-plea conviction and 33–month sentence for reentry of a re-moved alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cardona–Benitez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cardona–Benitez the opportunity to file a pro se supplemental brief. No pro se sup-plemental brief or answering brief has been filed.

Cardona–Benitez waived his right to ap-peal his conviction and sentence. Our inde-pendent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We ac-cordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.